UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRANDON J. RUBIO,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>    Defendants. | CASE NO. 2:24-cv-01978-RSM-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This action is DIMISSED WITH PREJUDICE for failure to state a claim and for failure to comply with a court order. Dismissal on the first of these grounds constitutes a strike under 28 U.S.C. § 1915(g).

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Grady J. Leupold.

**DATED** this 29th day of April, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE